<div style="writing-mode: vertical-rl;">United States District Court
Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NAKHEEL, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-07746-TSH<br><br>**ORDER TO SHOW CAUSE** |

On April 16, 2021, the Court extended the General Order 56 deadlines in this case and ordered the parties to conduct a joint site inspection by May 20, 2021, with all related deadlines adjusted accordingly.  ECF No. 14.  Although Defendant Nakheel, Inc. subsequently filed an answer (ECF No. 17), there was no further docket activity, and the deadline to request mediation passed without any such request.  As such, on August 9 the Court ordered the parties to file a status report by August 23.  No response has been received.

Accordingly, the Court **ORDERS** Plaintiff Meryl Pomponio to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 7, 2021.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 16, 2021 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge